IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              CASE NO. 1:08-cv-00237-MP-AK

CATHERINE A. RIESS,

    Defendant.
_____/

## **DEFAULT JUDGMENT**

This matter is before the Court following the Clerk's March 23, 2009, entry of default against the defendant, Catherine A. Riess, for failure to plead or otherwise defend. Doc. 6. Defendant has been duly served with legal process, and the Court has jurisdiction over the party and the subject matter. Plaintiff has submitted a certificate of indebtedness showing the amount owed by Defendant. Doc. 1-2 at 1. Now, by reason of Defendant's default, it is hereby

    **ORDERED AND ADJUDGED:**

    The plaintiff, United States of America, shall recover from the defendant, Catherine A. Riess, the following amounts: (1) $3,247.28 (the principal sum of $2,515.35, plus $731.93 of interest accrued through August 7, 2008, at the rate of 8% per annum), plus pre-judgment interest accruing at the annual rate as set forth in the certificate of indebtedness prepared by the Department of Education; (2) $131.00 for United States Marshal's fees; and (3) $350.00 for costs of court allowed pursuant to 28 U.S.C. § 2412(a)(2). Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

    **DONE AND ORDERED** this __18th__ day of June, 2009

                             *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge